Carina Bleickardt
25 Appletree Dr
Matawan, NJ 07747
cbleicka@gmail.com
July 5, 2024

Dear Chief Judge James E. Boasberg,

I am writing to you regarding the case of my close friend, Gregory Yetman, who is currently awaiting sentencing in your court due to his presence at the US Capitol on January 6, 2021. I have known Greg for 15 years, and while I'm sure he has many letters highlighting his experience serving and protecting our country in our military, I'd like to share some of my experiences and perspective while knowing Greg as a reliable and caring friend.

The best word to describe Greg Yetman is selfless. Over the years, I have seen him consistently willing to help those around him, often putting their needs before his own. He has helped me and my family tremendously, and I would go so far as to say that he has been a lifesaver for me during a difficult time in my life. I met Greg in 2009 through co-workers and mutual friends, and we started to develop a friendship prior to his deployment to Afghanistan when we ran into each other at events with our friends. When he returned from Afghanistan, we discovered we both liked good food, good beer, and festivals, so we spent more time together going to beer and music festivals. He was then deployed to Cuba, and shortly thereafter I met a man who I married in 2017. I soon discovered my husband had a problem with addiction to prescription pain medications, he proceeded to isolate me from my friends and family, and I found myself in an abusive marriage involving domestic violence. Although I had lost touch with Greg, I reached out to him in May 2019 when I learned he was back from Cuba and living in Virginia. I told him about the bad situation I was in with my marriage. I was scared, extremely depressed, and felt unsafe in my own marital home. He gave me the courage and support I needed to leave my husband and pursue a restraining order. In the meantime, he moved back to NJ and set me up with a good divorce lawyer. As I was going through my divorce, many other life events kept bringing me down, including taking care of my mother with dementia while my father was recovering from major surgery. I had trouble upkeeping my marital home that was an hour away while living with my parents, and Greg volunteered to help me any way he could, including taking care of the landscaping at my marital home throughout the summer. My parents had to sell their house in the fall of 2019 and move into assisted living while I was also in the process of buying a new house closer to them. Greg was there every step of the way, helping both me and my parents. He made countless trips to move furniture using his truck between my marital home, my parents' house, and my new house. I have 4 brothers, but Greg did most of the work and heavy lifting to get my parents' house cleared out for closing.

1

I closed on my new house in January 2020, and Greg stepped in to start fixing it up for me using his contracting experience, from changing out outlets and fixtures, installing new garage door opener, spackling and painting, etc. Once Covid hit in March 2020, he wanted to protect his high-risk mother and older brothers from Covid since he never stopped going to work, so I asked him to stay with me. I was still going through a long and painful divorce, and I feared for my life that my soon-to-be ex-husband would find me at my new address and try to retaliate as a result of getting a restraining order against him. I felt very safe with Greg living with me, as he served as my protector, and he taught me some self-defense moves in case my ex ever attacked me again. While he was living with me for about 5 months, he was finishing up his final semester remotely to earn his Bachelor's Degree, and he continued to make major improvements to my house and property. In particular, he brought his skid steer equipment from his excavating company and regraded and re-landscaped my entire backyard after I had several trees removed. Behind my property there is a large wooded area that belongs to the HOA, and there was an old, decaying gazebo on the property that the association wanted to remove as it was a safety hazard. He took it upon himself to demolish and remove that hazardous gazebo, and he also created a bike and ATV path throughout the woods with the skid steer, which the community kids still use frequently to this day. I really got to know Greg on a deeper level in 2020 and his good heart, sense of humor, and selfless qualities that make up his personality. He moved back to his house in Helmetta in August 2020, but he continued to provide support to me whenever needed. When I went on vacation or traveled for work, he stayed at my house to take care of my 2 dogs, and he attended my mother's military funeral service in 2022, where it meant a lot to me to have the support of a fellow veteran. I am forever grateful for all that he did to get me through such a difficult period of my life. He was my lifeline during this time, and I don't know how I would have gotten through all of that without him and his support.

I understand the seriousness of the situation and the importance of justice. However, I respectfully ask that you consider Greg's history of positive contributions to the lives of others when determining his sentence. In the 15 years I've known him, he has consistently strived to do the right thing and support those around him. I can honestly say I have not known Greg to intentionally hurt or mean harm to anyone. The incident that occurred on January 6 was completely out of character for him and should not define him or continue to adversely affect his freedom. I have no doubt he will continue to serve and support his community, friends, loved ones, and complete strangers as he always has.

Thank you for your consideration.

Yours sincerely,

*Carina Bleickardt*

Carina Bleickardt

To whom it may concern,

My name is 1SG Christopher Howe, I am a retired first sergeant with the U.S. Army as well as a retired sergeant with the Westampton Twp. NJ police department. I am writing this letter in support of Gregory Yetman who I have known for over ten years. I have had the opportunity to be his supervisor on at least two different levels in the military.

While in the Army with SGT Yetman I was his platoon sergeant at one point which I oversaw thirty soldiers. I was also SGT Yetman's first sergeant, when I oversaw the entire 328th Military Police Company, approximately one hundred and sixty-three soldiers. In both times I was able to evaluate SGT Yetman in comparison to other Soldiers in the unit and other units we were assigned with.

When SGT Yetman and I were in the 328th we served together in a traditional National Guard role as well as an active-duty role deployed overseas. As far as I am concerned, SGT Yetman has always displayed the seven Army Values of: loyalty, duty, respect, selfless service, honor, integrity, and personal courage. He demonstrated his *loyalty* by wearing this country's uniform and showing his allegiance to the U.S. Constitution, the Army, our unit, and other soldiers. He believes in devoting himself to this country. As his *duty*, he fulfilled his obligations. Doing his duty meant more than carrying out his assigned tasks but being able to accomplish tasks as part of a team. SGT Yetman has always treated not only superiors with *respect* but even down to the lowest ranking soldier. His *selfless service* is where he put the welfare of our nation, the Army and his subordinates before his own. Selfless service is larger than just one person. In serving his country, he did his duty loyally without thought of recognition or gain. *Honor* and *integrity* go hand in hand, he always did what's right, legally, and morally. His integrity is a quality he developed by adhering to moral principles. It required him to do and say nothing that deceives others. SGT Yetman certainly demonstrated *personal courage*. He not only faced physical adversity but also faced moral fear or adversity which may be a long, slow process of continuing forward on the right path, especially if taking those actions was not popular with others.

In closing I will simply say that SGT Gregory Yetman is a fine and upstanding soldier and man. My job would have certainly been better if I had a platoon or company full of SGT Yetman's.

Very Respectfully,

*[signature]*

1SG Christopher Howe (retired)
5413 Rowe Trail
Pace, FL 32571

Dear Your Honor,

      I am the mother of Gregory Yetman, who holds a special place in the hearts of his five brothers and I. Our love for him is deep and enduring. His absence weighs heavily on us, longing for his return to bring completeness to our family once more.

      Greg and I engage in frequent conversations. He acknowledges that participating in the march to Washington D.C. was a regrettable choice. Since that day three years ago, he has grappled with persistent fear and anxiety, bearing the significant consequences of his decision. What surprises us is Greg's commitment to abiding by the law. His record is devoid of any legal issues, demonstrating a strong aversion to driving under the influence or endorsing such behavior among his peers. Moreover, Greg abstains from smoking or engaging in substance abuse. He is a man of truly good character.

      Greg dedicated many years of service to both the National Guard and the Army. His motivation for enlisting stemmed from a genuine desire to aid others.

      Greg is known for his supportive nature. He is a reliable individual who can be depended upon for assistance, even offering financial aid if required. Greg once provided me with the funds that prevented us from losing our home to foreclosure. He has been a devoted son to me. We aim to support Greg in preventing this experience from impacting his self-image, affirming his inherent integrity as a compassionate individual. We encourage you to demonstrate discernment with compassion and leniency.

 Carole Pelyole
South River NJ

James Jacob Myers

Brianna Nichole Hockennberry

5698 Oakwood Dr.

Mercersburg, PA 17236

Myersjj17236@yahoo.com   briannanhockenberry@gmail.com

240-625-4291   717-543-3148

05 July 2024

Dear Honorable Chief Justice James E. Boasberg,

We are writing to you regarding Gergory Yetman, who is appearing before your court due to his presence on January 6 at the Capitol.

We became familiar and got to know Mr. Yetman in September of last year (2023) when we met him at Blue Ridge Rock Festival, a multiday music festival in Virginia. We and Mr. Yetman chose to stay in the tent camping area of the festival grounds. We first met upon arriving to the festival when we were parked and camped next to one another. Due to severe delays in parking everyone, it was very late and dark by the time we arrived to our parking/camping spot which, as can be imagined, made set up of the camp extremely difficult. Mr. Yetman, while also working to set up his own camp did not hesitate to offer and provide help to us while we were struggling to get set up. He assisted me in parking in a way to maximize the limited camping space that we were provided. He readily offered up his tools and equipment that we were lacking and gave a hand with set up. Please keep in mind, at this time we were complete strangers.

The following day of the festival, there was an unexpected storm while we were inside the festival and away from our camp. This storm was extremely bad, consisting of powerful winds, downpours, lightning, and hail. Mr. Yetman was still in the camping area when the storm hit. During the tempest Mr. Yetman, also working to preserve his camp, helped to save our camping equipment and prevent it from blowing away. It was confirmed by other campers that Mr. Yetman physically held our canopy in place during the windiest portion of the storm and helped save our camp from extreme damage while we were stuck inside the festival grounds, not allowed to leave the refuge area. While he could not completely save our camp from damage it is no doubt that his efforts saved our equipment.

After the storm, when we were released from the refuge area and got back to camp, we came "home" to a flooded tent, and damaged canopies, that we were still thankful to have in place because of Mr.

Yetman's efforts. Extremely disheartened by the state of the camp, we were strongly considering packing up whatever we could and driving back home to Pennsylvania. Mr. Yetman came to our camp, helped us repair our site and suggested a course of action that gave us hope for the rest of the festival. He helped us repair our canopy and provided a complete morale boost that we needed to stick it out and not leave. We had a great day of concerts and a wonderful experience the following day that we would have missed out on without Mr. Yetman's help.

Over the course of the festival weekend we got to know Mr. Yetman and witness his generosity and kindness. He is an experienced festival goer and came with much more/better equipment and a level of preparedness that far exceeded ours. He consistently offered for us to use his equipment, or to lend a hand with anything, without even being asked. He allowed us to use his solar power bank to charge our electronics (as our power bank quickly ran out since we forgot the solar panels), we shared food and drinks back and forth between camps, and quickly became neighbors and friends. Mr. Yetman was friendly, welcoming, generous, giving, and just an overall good person.

More storms hit the festival on day three causing the performances to be cancelled for the day. Mr. Yetman once again provided help and expertise in fortifying our camp for the next round of storms. With his help, our camp survived this day in much better condition than after the first round. We were confined to the camp area all day and night on day three which provided us an even more of an opportunity to get to know Mr. Yetman and the type of person he is. We can say that we consider ourselves very fortunate to have had Mr. Yetman as our camping neighbor for the festival. Aside from his helpful and caring nature, he was engaging, and personable. He really made what was overall a poor festival,  actually enjoyable and we are grateful to him for being so kind and friendly to people he did not even know prior to us parking beside each other. He displayed great moral character, honesty, reliability, and while facing the same challenges that we faced during the weekend he took the time and put the effort in to help a couple of strangers and to brighten our days with any chance that he got. We honestly consider Mr. Yetman a friend and remained in contact after the festival.

We understand the gravity of Mr. Yetman's current situation and the importance of upholding the law, however, I firmly believe that Gregory Yetman, at his core, is a good and decent person, a person of good moral character who is committed to doing the right thing and making positive changes where needed in his life.

We respectfully ask that you consider his character and the information provided when making your decision. Thank you for your time to read and consider this letter.

Sincerely,

James J. Myers and

Brianna N. Hockenberry

5698 Oakwood Dr.

Mercersburg, PA 17236

240-625-4291

717-5433148

# Scheideler Excavating Co., Inc.

149 PENN LYLE ROAD          PRINCETON JCT., N.J. 08550

TELEPHONE (609) 799-1174

June 26, 2024

To The Honorable Judge James Boasberg:

My name is Jim Scheideler. I am the Owner/President of Scheideler Excavating Company of Hightstown, New Jersey. I am writing this letter on behalf of Gregory Yetman who is due for sentencing before your court on July 22, 2024. I am Greg's employer. He has worked for our company for five years and I have known him and his family for over 40 years. Two of his brothers also work at our company. I can not begin to say how valuable an employee Greg is to our company. He exemplifies everything an employer would expect from an employee. His current position as Foreman is sorely missed here. He is a critical employee to the ongoing success of a 76 year old company. His reputation and respect among his peers as well as our clients is second to none.

It was tough waiting for Greg to return from his call to duty in the military. That was a hardship of all of us. I am asking for you to please consider this letter when considering Greg's sentence and I feel the best possible outcome would be for Greg to become a productive member of society as soon as possible.

Sincerely,

Jim Scheideler

Lauren Scarpa
1339 S Maple Drive
Vineland, NJ 08360
Lauren.a.scarpa@gmail.com
856-701-1694

June 28, 2024

Dear Honorable Chief Judge James E. Boasberg,

I am writing to you regarding Gregory Yetman, who is appearing before your court due to his presence on Jan. 6th at the State Capital. I have known Mr. Yetman for 15 years, and in my capacity as his friend, I have had the opportunity to observe his character and behavior over this period.

In my experiences with Mr. Yetman, he has always been kind, honest, and empathetic. We met while he was serving this country and remained in contact during his deployments, where I sent care packages to him and his fellow soldiers. He was grateful and told me so many times. Through the years we remained friends, keeping up with each other through social media and text messages, often connecting about snowboarding and vacations we went on.

I spent time with Mr. Yetman last summer. In July of 2023 he joined me on a road trip to Virginia Beach to attend a comedy show. During that trip, I witnessed Mr. Yetman's uncanny ability to connect with people, offering help or guidance to strangers we happened to meet. One of those individuals was like Mr. Yetman, a fellow veteran. He and this individual spent much of the evening talking about their service and Mr. Yetman provided the individual with guidance on veteran's benefits, resources, and services available to him that he was unaware of at the time. It was a little thing, but it's the little things that can have the most impact.

After that trip, Mr. Yetman and I saw each other again the following month, this time going to Atlantic City to see another comedy show. Beforehand, we met up with another friend of his named Katie and her husband who were also attending the show. Katie was on crutches so when this came to Mr. Yetman's attention, her comfort and mobility became his concern. Throughout the night, he aided her husband in ensuring Katie was safe, especially where stairs and escalators became an obstacle. He also told me he checked in on them later that night to make sure they made it home ok.

This is who Gregory Yetman is... a man of integrity who put the needs of others before his own. He's considerate, responsible and respectful, I've always felt safe in his presence. He's a strong family man, especially close with this mother and brothers.

I understand the importance of upholding the law, however, I firmly believe that Gregory Yetman is a person of good moral character who is committed to making positive changes in his life.

I respectfully ask that you consider his character and the information provided when making your decision. Thank you for taking the time to read this letter.

Sincerely,
Lauren Scarpa

From, Michael Sasjack 350 Beech Avenue Garwood, NJ 07027 732-770-7725 m.sasjack@gmail.com To, The Honorable Chief Judge James E. Boasberg: Thank you for taking the time to read my letter. My name is Michael Sasjack and I am writing to you in regards to Gregory Yetman who is appearing before your court due to his presence at the US Capitol on January 6 ,2021. Gregory and I have been friends for more that 17 years and my hope is that I can provide some perspective as to the man he truly is and not just the sum of his actions. Gregory and I first met at a friend in common's wedding, but our friendship truly grew when he came back from basic training and I was going through a tough divorce. He was always there to encourage me to keep moving forward and even helped with the heavy lifting when I finally moved out. A few months after moving out we became roommates. For three years we shared an apartment and got along great and I learned a lot about him, one of those things being his love and respect for the military and his dream to become a police officer. While we shared an apartment he studied Criminal Justice at a local college and served in The Army National Guard and even deployed overseas for one year as an MP. Eventually, I found someone I wanted to marry and start a family with so we moved out of our apartment, but still remained the very best of friends. To sum it up, Gregory is that friend that you can always count on to help without ever asking for anything in return. One of the last times we got together was to fix the drainage at my home. He happily came over to help lend his expertise and dig trenches to run pipes for the downspouts out to the curb to alleviate leaks in my basement. He even thought of bringing small metal shoves for my two boys to use, knowing how much they like to help dig. He is definitely the type of person that is considerate and puts the needs of others before himself. I thank you for taking the time to read this letter and respectfully ask that you see it in your heart to grant leniency and mercy to someone who has led a life of serving others as well as our country. While this will be the only scar on his record, I know from our conversations that he has had time to reflect on his actions during the time served thus far. Please feel free to contact me regarding any questions you may have. Thank you, Michael Sasjack

Dear Judge,

     My name is Matthew Yetman and I've known Gregory Yetman my entire life. Gregory Yetman played a huge role in my childhood as to why I turned out the way I did. I did not have a whole lot of guidance as a child but Gregory pointed me in the right direction by leading by example.

     When Gregory Joined the Army national Guard, he was sure to tell me all about it and even coached me on how to get in. During this time, I was just a punk kid with no future. Gregory took me to the recruiter's office and helped me get everything I needed to get into the Army national guard from the age of 17 I finally got in because Gregory was selfless enough to take the time to ensure I would not turn out a bum.

     I ended up entering the Guard and moving to active duty Army from 2008 -2016 thanks to Gregory I was able to secure myself all the necessary skills I needed for a successful future. Upon exiting the military in 2016 I was basically homeless and lived in a Van. Gregory again came to the rescue and gave me work plowing snow and he even bought me food and a heater for the winter telling me there was no need to pay it back. His actions assisted me in reintegrating into society.

     Gregory and I would talk when we had the chance and he showed me how to utilize the GI bill and pushed me to take advantage of all the veterans benefits that I had no idea how to utilize, walking me through every step. I then enrolled myself into college. Gregory was somewhat of an idle in my eyes I looked up to him in allot of ways and one day he talked about being a cop. Me wanting to make my family proud and wanting to continue my service to this country then pursued that dream. It was almost like a competition with Gregory and I on who could get further.

     Gregory secured a job in what I believe was security in the state of Virginia, making me realize that New Jersey was not the only place to call home. This prompted me to search for a law enforcement career out of state, at which point I secured my position in the Mineral area Police academy in the state of Missouri. Gregory was sure to visit and congratulate me and tell me how proud he was of me. Upon graduating and becoming a police officer Gregory made it a point to visit whenever he could.

     During my Law enforcement career, I endured moments and experiences that were disturbing to me and Gregory would always answer the phone when I needed someone to talk to. Gregory was even so kind as to take his last week of vacation to drive all the way to Missouri to help my family and I fix our home. In 110 degree heat Gregory worked outside in front of my house to install a retaining wall with me as well as run a skid steer to grade out the washed out front of my home.

     Gregory is unquestionable one of the most selfless people I've ever me and I can honestly say that I would not be where I am today if he was not a part of my life.  Gregory like the rest of us is only human and makes mistakes just as we all do. Please do not define

Gregory's character on the actions of one day rather pass judgement on him for the lifetime of good he's provided to not only me but the American people in which he sacrificed so selflessly.

    Respectfully submitted

    M.Yetman

Natalie Coleman Yetman
54600 S 627 Rd.
Kansas Ok 74347
ncoleman1120@gmail.com

**Dear Honorable Chief Judge James E. Boasberg,**

I am writing to provide a character reference for Gregory C. Yetman, with whom I have shared a relationship for the past 13 years as his sister-in-law. During this time, I have had the privilege to witness Gregory's character across a multitude of scenarios.

Gregory, the elder brother of my husband Jonathan, demonstrated remarkable generosity and selflessness when our family made the significant decision to relocate from Pennsylvania to Oklahoma last year. The transition required significant efforts to make our new residence suitable for living. Without asking, Gregory dedicated a week of unpaid leave to join us and laboriously devoted his time to renovating our house, transforming it into a comfortable living space. His unwavering support and willingness to prioritize the well-being of his loved ones exemplify his compassionate nature. Another notable mention is Gregory's mother, an elderly individual, encounters challenges in performing various tasks independently. Among her six sons, Gregory consistently emerges as the dependable presence ready to assist her whenever required. Notably, he offers financial support without any expectation of repayment, exemplifying his selfless commitment to his mother's well-being. She has been experiencing a sense of disorientation in the absence of Gregory and is troubled by the prospect of not being able to embrace her son before she passes.

I comprehend the gravity of Gregory's circumstances and wish to emphasize my unwavering support for his character. I firmly believe that the recent events do not encapsulate the entirety of him as a person. As Gregory's power of attorney, I have engaged in numerous conversations with him during his time in prison. Even in this challenging period, he remains a source of support, ensuring our well-being and fostering a positive environment. Despite the circumstances, Gregory's uplifting positivity and genuine concern for others continue to shine through in our interactions.

I believe Gregory has recognized his error and assumed accountability for it. From my perspective, affording him the opportunity to rectify his actions in a productive and beneficial manner would be appropriate. An excessive sentence may not be appropriate, considering Gregory's vital role within his family and community. Gregory's exceptional selflessness, a rare trait in today's world, should be acknowledged, especially considering the time he has already served for his actions, including the financial burden this has all placed upon him. Additionally, it has imposed hardships on his family and friends.

Sincerely,
Natalie Coleman Yetman

| | |
|---|---|
| **TO:** | **The Honorable Chief Judge James E. Boasberg** |
| **FROM:** | Robert Van Wageninge<br>32 South Rhoda St<br>Monroe, NJ 08831<br>WS6Fury@gmail.com<br>732-718-3840 |
| **DATE:** | July 1, 2024 |
| **SUBJECT:** | **Gregory Yetman – Character Letter** |

To the Honorable Chief Judge James E. Boasberg,

My name is Rob Van Wageninge, and I am a Director of New Package Development Engineering in the Cosmetics and Oral Care industry, working professionally in this field for 25 years. I write to you on behalf of Gregory Yetman who I've known and befriended for 21 years when we met in 2003, when I joined the Work Out World gym of East Brunswick, NJ.

I met Greg when I first joined the gym, when he asked if I could spot him during one of his workouts. Greg is an outgoing person who is very inclusionary, which for me as an introvert, was very positive and comforting as I didn't know anyone being the newcomer, and found it hard to meet people. Over the course of the following weeks we got to know each other more; fast forward to today, we have been friends since that first day when we met.

Greg is a person who closely guards his heart and his feelings, and conversely always has a smile on his face, and is the person who will uplift you and try to get you to laugh no matter the situation. He hasn't had an easy upbringing, where is parents divorced when he was a teenager, and not something he ever cares to talk about or divulge too much information, but I could always see how it affected him when any situation arises that would cause him to reflect in his past family relationship. No matter the past though, he is very close to his brothers since I've known Greg, and he always enjoyed being around my family and other friends gatherings. Greg is very inclusionary and makes his friends part of his extended family, and is someone who will continually reach out to you, follow up, even when life events prevent much social interaction. My wife and I have been on a 11 year heartbreaking journey in IVF and surrogacy which drove us both away from any close contact with our friends, but Greg always made an effort to contact us no matter, even with the mental and physical toll this journey took us. Thankfully after 11 years we were successful and had twins in October 2023, and were excited to introduce our newborn twins Leila and Niko to Greg.

Greg is the personality that will give you the shirt off his back, he is the person that will do anything he can within his means to help you, he is the person who will try and uplift your spirits when you are down, he is the friend who is always there. Greg was a tremendous help when I moved into my first home and later found the drainage around the property allowed for water backup and ponding around the house. He excitedly came over with his skid steer and a couple loads of top soil, and for the entire day regraded the property around my house to make sure the property was flat and water drained away from my house. These personality traits above along with his inner drive cascaded Greg to leave his families excavating company to study Criminal Justice in college, and to join the Army National Guard as

an MP, with the aspiration of becoming a member of Law Enforcement. Greg has a great appreciation and respect for the military, serving his Country alongside his military brothers and sisters.

In sum to this letter, Greg is not without fault, no one is perfect, and errors in judgement and action happen. I know he is embarrassed, but to that point I can attest that Greg has a good heart, is a loyal friend who is always there to help any way he can, is someone who grows his family by maintaining his connections and continually doing outreach, and is someone who gives of himself, as well as served his country honorably. This is an individual who I'd recommend any leniency possible towards his sentencing and release so he can go back home to his family and friends.

I do hope this letter finds you and the court in good faith, and if there are any questions, please feel free to contact me.

Thank you,

Robert Van Wageninge

Susan J McGrath

837 Cable avenue

Beachwood N.J 08722

smcgrath73@aol.com

732-956-8319

June 10th 2024

Dear Honorable Chief Judge James E. Boasberg,

I am writing to you regarding Gregory Yetman, who is appearing before your court due to his presence on Jan. 6th at the State Capital . I have known Gregory Yetman for 15 years, I always felt as if he was my other son, and I have had the opportunity to observe his character and behavior over this period. He served with my son in Kabul Afghanistan in 2012 and was an outstanding soldier.

Gregory Yetman has always displayed qualities such as helping others, honesty, integrity, responsibility, empathy, He has been involved with missions ,events, parades and always willing to help when needed. It has been an honor to have stayed friends with him all these years.

I understand the gravity of the situation and the importance of upholding the law. However, I firmly believe that Gregory Yetman is a person of good moral character who is committed to making positive changes in his life. I feel he has the ability to rehabilitate and do more good for his community and the people around him. I have never seen him without the biggest smile on his face and is an upstanding citizen.

I respectfully ask that you consider his character and the information provided when making your decision. Thank you for taking the time to read this letter.

Sincerely,

Susan J McGrath

Ashley M. McKelvy

11975 Cardamom Dr.

Woodbridge, VA 22192

Ashley.Mckelvy@FairfaxCounty.gov

703-967-7123

5/14/2024


Dear Honorable Chief Judge James E. Boasberg,


I am writing to you regarding Gregory Yetman, who is appearing before your court due to his presence on January 6 at the State Capital, Washington, DC. I have known Gregory Yetman for seven years as a close and personal friend. I have had the opportunity to observe Gregory's character and behavior over the past seven years.


Gregory Yetman has always displayed qualities such as responsibility, integrity, and a desire to help others. During his military career while stationed in Kabul, Afghanistan with the Army National Guard, he had the opportunity to do humanitarian missions to women's shelters, orphanage's, and schools.  He helped with bringing them food, school supplies, toys, clothing, etc.  He also helped work with the Boy's and Girl' Scouts organizations that helped children in Afghanistan as well as made fuel donuts for Afghan families which they used to help heat their homes. Gregory was awarded the Military Outstanding Volunteer Services Medal (MOVSM ,2012-2013) for his volunteer work outside of his duty.


Gregory was awarded a second MOVSM medal while serving in Guantanamo Bay, Cuba (2015-2016) for working with older Cuban refugees that lived in Guantanamo Bay at a retirement facility, when the wall was erected, segregating the Naval Station from Mainland Cuba. Greogry would spend his free time playing games, listening to the residents stories, and assisting the residents with anything they needed, such as bathing, dressing, and serving food. Gregory also volunteered his free time at various convenience shops around the Naval Station and cleaning up the beach by picking up trash that washed ashore.


Gregory and his father would also volunteer with the Habitat for Humanity to help build homes in his home state of New Jersey. Gregory is always willing to lend a helping hand to his family, friends, and people in his community, whether it is helping a friend set up a community rally, fixing vehicles or helping people move from one residence to another. He does all this out of the kindness of his

heart and never expects anything in return. I know Gregory will continue to help others for the remainder of his life as it is a core value for him.

I understand the gravity of this situation and the importance of upholding the law. However, I firmly believe that Gregory Yetman is a person of good moral character who is committed to making positive changes in his life and the lives of others. I strongly believe that Gregory will not reoffend. Gregory Yetman is an asset to his community.

I respectfully ask that you consider his character and the information provided when making your decision. Thank you for taking the time to read this letter.

Sincerely,

Ashley M. McKelvy

23 June 2024

Dear Judge,

  I am writing this letter about Gregory Yetman. I served in the Army National Guard with him from 2014 to 2020. I went on to become the company First Sergeant. In the time we served together and when I had become his superior, I had always known him to be a solid and reliable Soldier. As a matter of fact, he was entrusted with many important missions. Sergeant Yetman was frequently selected to guard unit weapons systems while we were in the field. He was placed in charge of guarding over 100 rifle systems, ammunition and vehicles. Gregory was always a very respectful Soldier, displaying the utmost in military customs and courtesies. I, as the top Non-Commissioned Officer (NCO) in our unit, was ultimately responsible for not only the morale and welfare of Soldiers but also for accountability of all sensitive equipment. I had placed great trust in Gregory in assigning him to guard our equipment. He had never let me down. One of my obligations was to inspect guards on duty. I showed up unannounced and at varied times to observe guards in the process of performing their duties. I always found Gregory doing the right things, awake, alert, accountable and all equipment secured safely and properly. When I asked, he was always able to give me correct counts of weapons and equipment. He had earned my trust as an honest and reliable Soldier.

  More importantly, as an NCO he was responsible for the health and welfare of Soldiers placed in his charge. I have stated before that I was responsible for all Soldiers in the unit, so I was very interested in Soldiers training, growth and training. I personally observed Gregory ensuring "my" Soldiers were given proper guidance and support to not only successfully complete missions but also in their personal development. He would conduct what we refer to as "hip pocket" training. That is to say, during down time when no formal training was being conducted, he would give informal training to help Soldiers better learn their craft. These are the things that develop trust among leaders and subordinates. I had developed a sense of dedication and integrity in him which gave me great confidence in entrusting important missions to him.

  Although not all missions go according to plan, I found that Gregory displayed the ability to think on his feet. He sometimes had to make on the spot decisions and corrections because he was the leader in charge. I conducted After Action Reviews with him, which are done to improve things in the future, especially if missions did not go according to plan. The main thing I noticed was that Gregory was not the type to lay blame on others as he always took responsibility for that which was under his control. I was always given straight forward information so I could make educated decisions myself. This showed to me his honesty, whether it be good or bad, giving me the sense he was truthful as to any situation which may have occurred. As he developed, he was quick to improve on any short comings we identified, either in himself or contingencies. I had become very confident that when any problem was identified he would make the necessary improvements and we could continue to move forward without revisiting the past.

  It is for the above-mentioned reasons that I strongly recommend Gregory Yetman for clemency and leniency, I am confident in his ability to uphold the highest standards of conduct and will not fail to improve upon himself.

Sincerely,

*[signature]*

1SG (Ret) Richard Corte

Your Honor,

    I'm writing this letter to you in regards to my brother Gregory Yetman who is appearing before you for sentencing regarding his role in the January 6th protests. I am the youngest of my fathers 6 sons. Greg is my senior of almost 3 years. He is my closest brother, who I grew up with. We were the best of friends and the worst of enemies at times. We loved and hated each other at times. After our parents divorced, I stayed with my mom and he went with my father. Years went by, but we never lost touch. Although we went different ways, we always knew we had each other's back no matter what. He was there for me and I for him. I got into trouble while he pursued better education. He never condoned my lifestyle and always encouraged me to change my ways and become better for me and my family. He went on to serve in the military, a life of civil service while I got involved in a life of obligation to a wife and children too soon. While my life became complicated and hard, I watched my brother, so proud of who he was. I respected him tremendously. After his deployments in Afghanistan and his return home. He was involved in so many community and charity events. I remember one such moment that I felt very proud of his loving selfless character, when he was involved in a toys for tots fundraiser. He was able to show up to a school in his service uniform with bags of toys to give to the young children. His smile was so big and so were all of the childrens who got to get the gifts from a military soldier. Just last year he came all the way from New Jersey to Oklahoma to help me repair my newly purchased home for me and my family. He spent a week of his own vacation from his job to make sure we had working water, heat and a suitable place to sleep. He did so at his own expense and would not take money or any compensation from me. He is just that way. He would give his shirt off his back for someone in need. There are many more examples of his selfless nature, but time would not allow for all those stories. Please consider his record of service to this country, his lack of a criminal record and his remorse for being involved in the events of that day. I know from our conversations, that he regrets what happened that day and getting stirred up and caught up in the emotions of the moment. He is a good man Judge and it would not be just to punish him with a long sentence. It would be a shame to keep him from the good he does for all of those who know him and even those who don't yet know what a great man he is. Thank you for your time and consideration of my words and may mercy be on your heart in your deliberations.

    Respectfully,
    Jonathan Yetman